UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 21, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

GARY COLLINS,

       Plaintiff,                  CIV. S-09-0392 FCD KJM

   v.

WEST ASSET MANAGEMENT,

       Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON APRIL 21, 2009.**

                                                 Victoria C. Minor,
                                                 Clerk of the Court

ENTERED:   April 21, 2009

                                                 by:\_\_\_\_\_/s/_____
                                                    Michele Krueger,
                                                    Courtroom Deputy