Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for WEST ASSET MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GARY COLLINS,                     | ) Case No.  2:09-CV-00392 FCD KJM |
|---|---|
|                                    | ) |
|            Plaintiff,              | ) STIPULATION AND ORDER TO |
|     vs.                            | ) VACATE JUDGMENT AND DISMISS |
|                                    | ) WITH PREJUDICE |
| WEST ASSET MANAGEMENT,             | ) |
|                                    | ) |
|            Defendant.              | ) |

Plaintiff, GARY COLLINS, filed the present action against WEST ASSET MANAGEMENT ("WEST") on or about February 10, 2009.  Plaintiff accepted WEST's Offer of Judgment on April 21, 2009, and Judgment was entered on April 21, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/10/09                                    KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
Gary Collins

Dated: 6/10/09                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
West Asset Management

**IT IS SO ORDERED.**

Dated:  June 10, 2009                                    _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE